IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BLACKBERRY LIMITED, BLACKBERRY CORPORATION, AT&T INC., and AT&T MOBILITY LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434 <br><br> JURY TRIAL DEMANDED |
| ADAPTIX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC. <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435 <br><br> JURY TRIAL DEMANDED |
| ADAPTIX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436 <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS BLACKBERRY LIMITED AND
BLACKBERRY CORPORATION'S JURY DEMAND**

Pursuant to Local Rule CV-38(a), Defendants BlackBerry Limited and BlackBerry Corporation respectfully demand a trial by jury on all issues so triable.

Dated:  November 15, 2013                      Respectfully submitted,

                                      By: */s/ Kurt M. Pankratz*
                                      Kurt M. Pankratz, Lead Attorney
                                      Texas Bar No. 24013291
                                      kurt.pankratz@bakerbotts.com
                                      **BAKER BOTTS L.L.P.**
                                      2001 Ross Avenue, Suite 600
                                      Dallas, Texas 75201
                                      Telephone:  (214) 953-6584
                                      Facsimile:  (214) 661-4584

                                      Jennifer C. Tempesta
                                      New York Bar No. 4397089
                                      jennifer.tempesta@bakerbotts.com
                                      **BAKER BOTTS L.L.P.**
                                      30 Rockefeller Plaza
                                      New York, New York 10112
                                      Telephone: (212) 408-2571
                                      Facsimile: (212) 251-2571

                                      *Attorneys for Defendants*
                                      *BlackBerry Limited and*
                                      *BlackBerry Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of November, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                      */s/ Kurt M. Pankratz*
                                      Kurt M. Pankratz