IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| BLACKBERRY LIMITED, BLACKBERRY | § | Civil Action No. 6:13-CV-434 |
| CORPORATION, AT&T, INC., and AT&T | § | |
| MOBILITY LLC, | § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |
| ADAPTIX, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:13-CV-435 |
| BLACKBERRY LIMITED, BLACKBERRY | § | |
| CORPORATION, and T-MOBILE USA, INC. | § | JURY TRIAL DEMANDED |
| *f/k/a* METROPCS WIRELESS, INC. and | § | |
| METROPCS COMMUNICATIONS, INC. | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |
| ADAPTIX, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:13-CV-436 |
| BLACKBERRY LIMITED, BLACKBERRY | § | |
| CORPORATION, and CELLCO PARTNERSHIP | § | JURY TRIAL DEMANDED |
| *d/b/a* VERIZON WIRELESS, | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in the above-referenced cases as counsel of record for Defendants Blackberry Limited and Blackberry Corporation, and consents to electronic service of all papers in this action. Mr. Kuncheria's e-mail address, for purposes of receipt of electronic filing is: johnson.kuncheria@bakerbotts.com.

Dated: January 13, 2014                                  Respectfully submitted,

                                         By: */s/ Johnson Kuncheria*
                                         Johnson Kuncheria
                                         Texas Bar No. 24070092
                                         johnson.kuncheria@bakerbotts.com
                                         **BAKER BOTTS L.L.P.**
                                         2001 Ross Avenue, Suite 600
                                         Dallas, Texas 75201
                                         Telephone: (214) 953-6674
                                         Facsimile: (214) 661-4674

                                         *Attorney for Defendants*
                                         *Blackberry Limited and*
                                         *BlackBerry Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of January, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                         */s/ Johnson Kuncheria*
                                         Johnson Kuncheria