IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, AT&T, INC., and AT&T MOBILITY LLC.<br><br>    *Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS.<br><br>    *Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in the above-referenced cases as counsel of record for Defendants BlackBerry Limited and BlackBerry Corporation, and consents to electronic service of all papers in this action. Mr. Williams' e-mail address, for purposes of receipt of electronic filing is: james.williams@bakerbotts.com.

Dated: January 14, 2014

Respectfully submitted,

By: */s/ James C. Williams*
James C. Williams
Texas Bar No. 24075284
james.williams@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6789
Facsimile: (214) 661-4789

*Attorney for Defendants*
*BlackBerry Limited and*
*BlackBerry Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of January, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ James C. Williams*
James C. Williams