**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-432** |
| | § | |
| **AMAZON.COM, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-434** |
| | § | |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-435** |
| | § | |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-436** |
| | § | |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-437** |
| | § | |
| **DELL, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-438** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD,** | § | |
| **ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-439** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD,** | § | |
| **ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-440** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD,** | § | |
| **ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-441** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD,** | § | |
| **ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-442** |
| | § | |
| **SONY MOBILE COMMUNICATIONS,** | § | |
| **INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-443** |
| | § | |
| **DELL, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-444** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-445** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-446** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's January 10, 2014 Order, ¶3, plaintiff, Adaptix, Inc., hereby files its Certificate Listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

> Adaptix, Inc.
> Acacia Research Group LLC
> Hayes Messina Gilman & Hayes LLC
> Tadlock Law Firm.

Date: January 27, 2014                          Respectfully submitted,


By:  */s/ Paul J. Hayes*
Paul J. Hayes
Samiyah Diaz
Steven E. Lipman
**HAYES MESSINA**
**GILMAN & HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel: (617) 439-4200
Fax: (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  sdiaz@hayesmessina.com
Email:  slipman@hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24064869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone:  (903) 730-6789
Email:  craig@tadlocklawfirm.com
            keith@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Paul J. Hayes*