IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, AT&T INC., and AT&T MOBILITY LLC,<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS,<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS BLACKBERRY CORPORATION AND BLACKBERRY LIMITED'S DISCLOSURE OF INTERESTED PERSONS**

Pursuant to ¶ 3 of the Court's January 10, 2014 Order, Defendants BlackBerry Limited and BlackBerry Corporation submit this disclosure of interested persons.  The undersigned counsel of record states to the best of his knowledge the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, and the name of each corporation whose securities are publicly traded are underlined below:

For each of Civil Action Nos. 6:13-CV-434, 6:13-CV-435 and 6:13-CV-436:  BlackBerry Corporation, BlackBerry Limited, Adaptix, Inc., Acacia Research Corporation, Acacia Research Group LLC.

For Civil Action No. 6:13-CV-434: AT&T Inc., AT&T Mobility LLC, SBC Long Distance, LLC, SBC Telecom, Inc., BellSouth Mobile Data, Inc.

For Civil Action No. 6:13-CV-435: T-Mobile USA, Inc., T-Mobile US, Inc., T-Mobile Global Holding GmbH, T-Mobile Global Zwischenholding GmbH, Deutsche Telekom AG.

For Civil Action No. 6:13-CV-436: Cellco Partnership d/b/a Verizon Wireless, Verizon Communications Inc., Vodafone Group Plc.

3

Dated:  January 27, 2014                               Respectfully submitted,


                                                By: */s/ Kurt M. Pankratz*
                                                    Kurt M. Pankratz, Lead Attorney
                                                    Texas Bar No. 24013291
                                                    kurt.pankratz@bakerbotts.com
                                                    **BAKER BOTTS L.L.P.**
                                                    2001 Ross Avenue, Suite 600
                                                    Dallas, Texas 75201
                                                    Telephone:  (214) 953-6584
                                                    Facsimile:  (214) 661-4584

                                                    Jennifer C. Tempesta
                                                   New York Bar No. 4397089
                                                   jennifer.tempesta@bakerbotts.com
                                                   **BAKER BOTTS L.L.P.**
                                                   30 Rockefeller Plaza
                                                   New York, New York 10112
                                                   Telephone:  (212) 408-2571
                                                   Facsimile:  (212) 251-2571

                                                   *Attorneys for Defendants*
                                                   *BlackBerry Limited and*
                                                   *BlackBerry Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Kurt M. Pankratz*
                                                Kurt M. Pankratz