# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC. § | |
| § | Civil Action No. 6:13-cv-436 |
| v. § | |
| § | |
| RESEARCH IN MOTION LIMITED, § | |
| RESEARCH IN MOTION § | |
| CORPORATION, BLACKBERRY USA § | |
| *f/k/a* RESEARCH IN MOTION § | |
| LIMTIED, and CELLCO PARTNERSHIP § | |
| *d/b/a* VERIZON WIRELESS § | |

## NOTICE OF APPEARANCE FOR CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

Defendant Cellco Partnership d/b/a Verizon Wireless files this Notice of Appearance of Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, PC, 110 N. College, Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 14, 2014

Respectfully submitted,

By: */s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS**

{A07/07484/0033/W1149959.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 14, 2014.

*s/ Allen F. Gardner*