# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, AT&T INC., and AT&T MOBILITY LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS,<br><br>*Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND JOINT MOTION REGARDING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

06060190

The parties in the above-styled actions hereby stipulate to the following and jointly move the Court for an order implementing these stipulations:

1. Plaintiff Adaptix agrees to not oppose Defendants' pending Motion to Transfer the above-styled actions to the Northern District of California because Defendants have consented to:

    a. File in the Northern District of California a Joint Motion to Relate these cases to the following Adaptix cases currently pending before Magistrate Judge Grewal in the Northern District of California: Case Nos. 5:13-cv-1774, -1776, -1777, -1778, -1844, and -2023; and

    b. Proceed before Magistrate Judge Grewal for all purposes, including trial, in the Northern District of California in each of the above-styled actions if the cases are assigned to Magistrate Judge Grewal post-transfer.

2. Plaintiff Adaptix also agrees to sever and stay the case against Defendant AT&T Inc. in Case No. 6:13-cv-434.

3. Accordingly, the parties respectfully request that the Court enter an Order: (i) transferring the above-styled actions to the Northern District of California, and (ii) severing and staying the case against Defendant AT&T Inc.

A proposed order is submitted herewith.

Dated: March 5, 2014          **ADAPTIX, INC.**

                              By: */s/ Paul J. Hayes*

Paul J. Hayes
Steven E. Lipman
**HAYES, MESSINA, GILMAN & HAYES LLC**
200 State St., 6th Floor
Boston, MA  02109
Tel: (978) 809-3850
Fax: (978) 809-3869
Email:  phayes@hayesmessina.com
Email:  slipman@ hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone:  (903) 730-6789
Email:  craig@tadlocklawfirm.com


**ATTORNEYS FOR PLAINTIFF
ADAPTIX, INC.**

/s/Kurt Pankratz
Kurt M. Pankratz
Texas Bar No. 24013291
kurt.pankratz@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:  (214) 953-6584
Facsimile:  (214) 661-4584

Jennifer C. Tempesta
New York Bar No. 4397089
jennifer.tempesta@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-2571
Facsimile:  (212) 251-2571

*Attorneys for Defendants*
*BlackBerry Limited,*
*BlackBerry Corporation,*
*AT&T Inc. and AT&T Mobility LLC*

*/s/ Douglas Kubehl*
Douglas M. Kubehl
Texas Bar No. 00796909
Email: doug.kubehl@bakerbotts.com
James C. Williams
Texas Bar No. 24075284
Email: james.williams@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Ave, Suite 600
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

/s/ *Mark Flanagan*

Mark D. Flanagan  
Robert M. Galvin  
Geoffrey M. Godfrey  
Cortney C. Hoecherl  
Ali. M. Abugheida  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
950 Page Mill Road  
Palo Alto, CA  94304  
Phone:  (650) 858-6000  
Fax:  (650) 858-6100  
mark.flanagan@wilmerhale.com  
robert.galvin@wilmerhale.com  
geoff.godfrey@wilmerhale.com  
cortney.hoecherl@wilmerhale.com  

Michael E. Jones  
Patrick C. Clutter, IV  
POTTER MINTON, P.C.  
110 North College, Suite 500  
Tyler, TX  75710  
Phone:  (903) 597-8311  
mikejones@potterminton.com  
patrickclutter@potterminton.com  

*Attorneys for Defendant and Counterclaim-Plaintiff*  
Cellco Partnership d/b/a Verizon Wireless

## **CERTIFICATE OF SERVICE**

I, Paul J. Hayes, hereby certify that I have this 5th day of March, 2014 served the foregoing document on the parties in this case by causing a copy to be sent via electronic mail to their counsel of record.

Dated: March 5, 2014                         Respectfully submitted,

                                                            */s/ Paul J. Hayes*
                                                            Paul J. Hayes