# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, AT&T Inc. and AT&T MOBILITY LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS,<br><br>*Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436<br><br>JURY TRIAL DEMANDED |

**[PROPOSED ORDER] GRANTING JOINT MOTION TO WITHDRAW STIPULATION**

06061460

Before the Court is the Parties' Joint Motion to Withdraw their pending Stipulation and Joint Motion Regarding Transfer to the Northern District of California, 6:13-cv-434 (Dkt. #50); 6:13-cv-435 (Dkt. #52); 6:13-cv-436 (Dkt. #51).  The Court, having considered the Motion, GRANTS the Motion and the Parties' Stipulation is hereby WITHDRAWN.

**SIGNED this 24th day of March, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE