# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC.,<br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and AT&T MOBILITY LLC,<br>*Defendants*. | § § § § § § § § § § § § § | Civil Action No. 6:13-CV-434<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and T-MOBILE USA, INC. *f/k/a* METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.<br>*Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-435<br><br>JURY TRIAL DEMANDED |
| ADAPTIX, INC.,<br>*Plaintiff*,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS,<br>*Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 6:13-CV-436<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER ON PARTIES' JOINT MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

06060621

2

Before the Court is the Parties' Joint Motion to Transfer the above-styled actions to the Northern District of California.  The Court having considered the Motion,

It is hereby ORDERED that the above-styled actions be transferred to the Northern District of California.

**SIGNED this 25th day of March, 2014.**

*(signature)*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE